UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



U.S.A.

v.

Carmen Díaz-Rosario

CASE NUMBER: 97-2610 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12.21.00   **Docket #9**<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other**<br>**Title:** Application for writ of continuing garnishment | Granted. Plaintiff shall submit a proposed form of order and a proposed form of writ. |

Date 1-17-01

HECTOR M. LAFFITTE
Chief U.S. District Judge


